IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　　Date:　November 4, 2015

vs.　　　　　　　　　　　　　　　　　　　　　　Case No.: 13-4052-16-CR-C-BCW

**TINA IRENE MOORE**

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:**　Sentencing

**Time Commenced:　10:22 am**　　　　　　　　Time Terminated: 10:57 am

APPEARANCES

**Plaintiff's counsel:** Michael A. Oliver
**Defendant's counsel:** Steven C. Reed, CJA
**Probation officer:** Tracey D. Cowin

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts plea of guilty and adjudication of guilt. There are objections to the Presentence Report; evidence and arguments presented. Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution. Court grants motion (doc #488).

**SENTENCE:** Defendant sentenced to the custody of BOP for 27 months on Count 1 of the second superseding indictment; followed by 3 years supervised release on Count 1 of the second superseding indictment. Standard/Additional Conditions of Supervision imposed. FINE: waived; MSA: $100. Dft advised of right to appeal. All remaining counts dismissed by motion of the government. Defendant ordered to self-surrender in 45 on December 19, 2015 at 12:00 p.m.

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** Carrie James